■ MINERVA HERNANDEZ, Appellant, v CITY OF NEW YORK et al., Defendants, and NEW YORK PAVING, INC., Respondent. [655 NYS2d 441] —Appeal by the plaintiff from an order of the Supreme Court, Queens County (Price, J.), dated January 11, 1996

Ordered that the order is affirmed, with costs, for reasons stated by Justice Price at the Supreme Court. O'Brien, J. P., Santucci, Joy and Friedmann, JJ., concur.